

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
csipio@karpf-law.com

January 6, 2025

**SENT VIA ECF**

Magistrate Judge José R. Almonte
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

   Re: **George Mandarakas v. The University of Notre Dame du Lac, et al.**
     **No. 2:23-cv-02539**

Dear Judge Almonte,

  I represent the Plaintiff in the above-referenced matter. Kindly accept this letter application in lieu of a more formal motion. For purposes of this letter, I presume familiarity with the case and the issues in the interest of brevity.

  I write regarding the Court's Order of November 7, 2024 (ECF Doc. 54). In that Order, the Court extended its jurisdiction over this matter until January 6, 2025, and directed the parties to file a joint letter on January 8, 2025 (at which point the Court's jurisdiction would be expired). To date, settlement has not been consummated and there have been intervening events since the last hearing.

  I write to request a one ("1") week extension of the Court's jurisdiction. Given Defendant's opposition to our previous motion to withdraw, I would like an opportunity to discuss the same with Ms. Tolomeo prior to engaging in any motions practice to see if we can reach any agreement. I would be happy to jointly report back to the Court on or before January 13, 2025, if Your Honor is inclined to grant this request.

  I did reach out Ms. Tolomeo today, but I was not able to ascertain her position as of the filing of this letter.

      Your Honor's time and consideration in this regard is greatly appreciated. If Your Honor has any questions or concerns, please do not hesitate to have your staff contact my office.

                                  Respectfully submitted,

                                  KARPF, KARPF & CERUTTI, P.C.

                                /s/ W. Charles Sipio
                                W. Charles Sipio

WCS/

cc: All Counsel of Record via ECF Only