

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
Tel: (215) 639-0801
Fax: (215) 639-4970
csipio@karpf-law.com

January 21, 2025

<u>**SENT VIA ECF**</u>
Magistrate Judge Jose R. Almonte
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:   *George Mandarakas v. The University of Notre Dame du Lac, et al.*
        *Civil Action No. 2:23-cv-02539*

Dear Judge Almonte,

As Your Honor is aware, I represent the Plaintiff in the above referenced matter. The Court previously extended its jurisdiction over this matter until January 21, 2025. I conferred with Ms. Tolomeo and we both believe a telephone conference with the Court to discuss a plan to move forward would be helpful. For these reasons the parties respectfully request such a conference and Plaintiff requests the Court extend its jurisdiction over this matter until such time. If the Court is inclined to grant this request, I would be happy to confer with Ms. Tolomeo about mutually agreeable dates.

Your Honor's time and consideration in this matter is greatly appreciated. If Your Honor has any questions or concerns, please do not hesitate to have your staff contact my office.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ W. Charles Sipio*
W. Charles Sipio, Esq.

Cc: All Counsel of Record (*via ECF Only*)

Pennsylvania  -  New Jersey-  New York