UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE MANDARAKAS,<br><br>        *Plaintiffs,*<br>v.<br><br>THE UNIVERSITY OF NOTRE DAME DU LAC,<br><br>        *Defendants.* | Civil Action No. 23-2539(MCA)<br><br>ORDER |

**THIS MATTER** comes before the Court by way of Defendant's unopposed motion to enforce a settlement agreement, ECF No. 78;

and it appearing that Judge Almonte issued a Report and Recommendation dated October 24, 2025, in which Judge Almonte recommended that this Court grant Defendant's motion to enforce settlement agreement, ECF No. 83; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Almonte's Report and Recommendation;

**IT IS** on this 6th day of January, 2026,

**ORDERED** that Judge Almonte's Report and Recommendation dated October 24, 2025 is **ADOPTED** and Plaintiff's amended complaint be dismissed with prejudice, case is **CLOSED**.

                                            *s/ Madeline Cox Arleo*
                                            Hon. Madeline Cox Arleo
                                            United States District Judge